# United States Court of Appeals
## For the First Circuit

Nos. 04-1532, 04-1533, 04-1534, 04-1535

LORENZO MUÑOZ-FRANCO, FRANCISCO SÁNCHEZ-ARÁN,
ARIEL GUTIÉRREZ-RODRÍGUEZ, and WILFREDO UMPIERRE-HERNÁNDEZ,

Defendants, Appellants,

v.

UNITED STATES OF AMERICA,

Plaintiff, Appellee.

ERRATA SHEET

The opinion of this court issued on May 22, 2007 is amended as follows:

On page 5, line 20: replace "Not a single house was ever built on the project" with "The houses were never completed on the section of the project for which the loan was issued"

On page 44, lines 5-8: replace "Gutiérrez and Umpierre-Hernández were also involved in the wrongful use of funds: they endorsed the checks, accepted the funds, and immediately applied these funds to pay down their other loans with the bank" with "A jury also could infer that Gutiérrez and Umpierre-Hernández aided and abetted Muñoz-Franco and Sánchez-Arán in the transaction: Umpierre negotiated the transaction involving the sale of Cerrovista, and the funds were used to pay down loans held by companies that Gutiérrez owned and supervised"